IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CLARKE COUNTY DEVELOPMENT CORPORATION, | ) ) ) | Case No.: 4:12-cv-155 |
| Plaintiff, | ) ) ) | **NOTICE OF REMOVAL** |
| v. | ) ) | |
| AFFINITY GAMING, LLC, and HGI-LAKESIDE, LLC, | ) ) ) | |
| Defendants. | ) | |

**COME NOW** the Defendants by and through their counsel and for their Notice of Removal state the following:

1. Defendants desire to exercise their rights under the provisions of Title 28 U.S.C. Sec. 1441, *et seq*., to remove this action from the Iowa District Court for Clarke County, Iowa, where this action is now pending under the above caption and bearing Case No. LACV 011656.

2. This is an action in which the District Court of the United States have been given original jurisdiction upon each of the following bases:

   a. Jurisdiction is proper under Title 28 U.S.C. Sec. 1332.  Plaintiff's Petition acknowledges that the suit involves citizens of different states with the Defendants both being citizens of a foreign state. (*See* Plaintiff's Petition at Law which is being filed with this Notice of Removal pursuant to LR 81(a)(1) and incorporated herein by reference).  Moreover, the amount in controversy, while unspecified in Plaintiff's Petition, is in excess of $75,000.  Pursuant to Local Rule

81(f), the following facts establish that the amount in controversy exceeds

$75,000:

   i.  Plaintiff's law suit seeks a declaration that the Operating and Management Agreement (hereinafter the "Operating Agreement") is not assignable or transferrable as a matter of law;

   ii.  Under the Operating Agreement, Defendants are currently obligated to pay Plaintiff 1.5% of Adjusted Gaming Revenue (hereinafter "AGR") from their operations in Osceola, Iowa.  Under current operating conditions, 1.5% of AGR equates to approximately $700,000 annually;

   iii.  Defendants obligation to pay 1.5% of AGR will continue under the Operating Agreement up to 2047 should Defendants exercise the consecutive 5 year options to renew available to them under the Operating Agreement;

   iv.  Iowa Code Sec. 99F.5 requires that Operating Agreements entered into after May 6th 2004 shall be required to pay a qualified sponsoring organization (such as Plaintiff) a minimum of 3% of AGR per year.

   v.  Plaintiff has previously stated that it would not consent to an assignment of the Operating Agreement absent an agreement by a new operator to pay at or more than 3% of AGR.  Thus, should Plaintiff prevail in its Declaratory Judgment action, Plaintiff will have, in practical effect, inserted into the Operating Agreement a minimum fee of an additional 1.5% of AGR for each year of the Operating Agreement's existence should Defendants opt to assign or transfer the agreement to a new

subsidiary entity and/or through a sale of assets.  In effect, should plaintiff prevail, Defendants face a contractual penalty of up to $24,500,000 if they opt to assign or transfer the Operating Agreement to another entity.

    vi. In addition to the possible penalty effect of a determination in favor of Plaintiff in the event of a future assignment, a determination in favor of plaintiff will result in a material devaluation of Defendants' Iowa operations with a detrimental financial impact in excess of $75,000.

    b. Jurisdiction is also proper under Title 28 U.S.C. Sec. 1331.  Plaintiff's Petition acknowledges that the United States Bankruptcy Court for the District of Nevada has previously determined as part of bankruptcy proceedings that the Operating Agreement in question is assignable.  A contrary determination by state court would impede the operation of federal bankruptcy law and, as such, bankruptcy law operates to completely preempt state law in this area.

3. Pursuant to Title 28 U.S.C. Sec. 1446(d), a copy of this Notice of Removal is being provided to the Plaintiff through its attorney of record and to the Iowa District Court for Clarke County, Iowa.

4. Pursuant to LR 81, Defendants have filed with this Notice of Removal a copy of all process, pleading and orders filed in the state court action, a list of all matters pending in the state court with the papers relating to the matters electronically attached, and the names of counsel that have appeared in the state court with their office address, telephone numbers, facsimile numbers and e-mail addresses.  Defendants will further file a disclosure statement pursuant to LR 7.1.c within 21 days of filing this Notice of Removal.

5.   Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants hereby remove this action now pending against them in the

Iowa District Court for Clarke County, Iowa to this Court.


Respectfully Submitted by:


_____

Jerry Crawford          AT0001697
Nick Mauro              AT0005007
CRAWFORD & MAURO LAW FIRM
1701 Ruan Center, 666 Grand Avenue
Des Moines, IA  50309
(515) 245-5420
(515) 245-5421 (FAX)
crawford@crawfordlawfirm.com
mauro@crawfordlawfirm.com



_/s/ Jim Quilty_____
Jim Quilty              AT0006455
QUILTY LAW FIRM
699 Walnut Street, 4th Floor
Des Moines, Iowa 50309
515-661-6338
quiltyclf@aol.com
ATTORNEYS FOR HGI LAKESIDE, LLC


Original filed.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 13, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system and that a true copy of this document will be served electronically through the Court's ECF filing system and via regular mail upon the following on April 13, 2012:

Douglas Gross
Rachel Rowley
Brown, Winick, Graves, Gross, Baskerville and Schoenbaum, P.L.C.,
666 Grand Avenue, Suite 2000, Des Moines, IA 50309.
gross@brownwinick.com
rowley@brownwinick.com
COUNSEL FOR PLAINTIFF

                      CRAWFORD & MAURO LAW FIRM


              By: _/s/NICK MAURO_____
                   Nicholas J. Mauro  AT0005007
                   mauro@crawfordlawfirm.com
                   1701 Ruan Center, 666 Grand Avenue
                   Des Moines, Iowa  50309
                   Tel:  (515) 245-5420
                   Fax:  (515) 245-5421
                   ATTORNEYS FOR DEFENDANT